# COLFAX GRANT AS RECEIVER OF WESTERN MORTGAGE LOAN COMPANY v. STATE BANK OF COMMERCE AND ANOTHER.

## COON VALLEY STATE BANK, RESPONDENT.[1]

December 24, 1920.

No. 22,003.

**Case followed.**

Action in the district court for Hennepin county to recover $14,265. The case was tried before Hale, J., who at the close of the testimony dismissed the action. From an order denying his motion to vacate the decision dismissing the action and for a new trial, plaintiff appealed. Affirmed.

*A. E. Helmick* and *Colfax Grant*, for appellant.

*M. A. Jordan, Lawrence Severson* and *Thomas Kneeland*, for respondents.

PER CURIAM.

This action was brought by the receiver of the Western Mortgage Loan Company, to recover for the conversion of certain collaterals, alleged to have been turned over by that company to the State Bank of Commerce, and by it transferred to the Coon Valley State Bank. The cause of action herein grows out of the facts involved in the case of O'Hara v. Western Mortgage Loan Co. supra, page 417, 180 N. W. 701.

The decision in that case is filed herewith. At the close of the plaintiff's testimony, the trial court dismissed the action. From an order denying his motion for a new trial, plaintiff appeals.

The right of appellant to a new trial depends upon whether the trial court rightly vacated the order dated January 9, 1919, by its order of March 24, 1920, in the O'Hara case. We held in that case that the order was properly vacated upon the ground that it was improvidently made. That holding applies here and disposes of this appeal. It may be that the appellant has a cause of action against the respondent for an accounting, but if so that matter is not here upon this appeal.

Affirmed.

[1] Reported in 180 N. W. 703.